AO 91 (Rev. 11/11) Criminal Complaint

**FILED**

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

MAR 1 6 2021

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| United States of America<br>v.<br><br>Juan Luis HERNANDEZ-ALCORCHAS<br>*Defendant(s)* | Case No. EP-21-mj-625 LS |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __March 13, 2021__ in the county of __El Paso__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | an alien, who had previously been excluded, deported, and removed from the United States, attempted to enter, entered, and was found in the United States, without having previously received consent to reapply for admission from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4) and 557. |

This criminal complaint is based on these facts:

☒ Continued on the attached sheet.

*/s/ Falcon*
*Complainant's signature*

Vanessa Falcon
CBP Enforcement Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: March 16, 2021

City and state: El Paso, Texas

*/s/*
*Judge's signature*

Leon Schydlower
United States Magistrate Judge
*Printed name and title*

Oath Telephonically Sworn
At __17__:__07__ PM
Fed.R.Crim.P. 4.1(b)(2)(A)

## FACTS

On or about March 13, 2021, the DEFENDANT, Juan Luis HERNANDEZ-ALCORCHAS, a native and citizen of Mexico, was encountered by Customs and Border Protection (CBP) Officers at the Stanton port of entry, in El Paso, Texas. While conducting southbound inspections, CBP Officer G. Telles encountered the DEFENDANT as he was traveling southbound as the passenger of taxi. The DEFENDANT provided his Mexican identification to Officer Telles and further stated he had a visa however had left it at his residence in the United States. After further interview the DEFENDANT admitted he did not have any documents to be in the United States legally. The DEFENDANT was transported to the Paso Del Norte port of entry, Passport Control Secondary (PCS) secondary for further inspection.

In secondary, the DEFENDANT provided his name, date of birth, and stated he was a citizen of Mexico. The DEFENDANT further stated he had entered the United States illegally. The DEFENDANT was advised of his Miranda rights, which he claimed to have understood and agreed to provide a statement without the benefit of counsel. In a sworn statement the DEFENDANT stated he had been residing in Odessa, Texas for last month attempting to seek employment.

The DEFENDANT'S fingerprints were digitally scanned and revealed the DEFENDANT was previously removed from the United States to Mexico on or about November 1, 2017. Further Immigration records indicate the DEFENDANT has neither applied for, nor received permission from the U.S. Attorney General or the Secretary of Homeland Security to reapply for admission into the United States.

Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

## CRIMINAL AND IMMIGRATION RECORD

**CRIMINAL RECORD**

None can be determined at this time

**IMMIGRATION RECORD**

11/01/2017; Removed to Mexico; Calexico, CA.
09/01/2017; Removed to Mexico; Denver, CO.